UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DOUGLAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR CORRECTIONAL OFFICER C. PEREZ,<br><br>        Defendant. | Case No. 24-cv-03983-TSH<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO SUBSTITUTE ATTORNEY**<br><br>Re: Dkt. No. 28 |

On December 6, 2024, the parties informed the Court that Plaintiff's counsel, Stanley Goff, would be unable to participate in this case while he underwent rehabilitation for injuries. ECF No. 25. On February 25, 2025, Nicolette Glazer filed a motion to substitute in as Plaintiff's attorney, indicating that Mr. Goff was notified but had not responded. ECF No. 28. Mr. Goff subsequently filed a response, stating he is "fully able to participate in this case" and has not been given any direct notice from Plaintiff that he retained Ms. Glazer to substitute in as his counsel. ECF No. 32.

"The replacement of one firm by another as counsel for a party is governed by Civil L.R. 11-5 and requires an order of the Court." Civ. L. R. 5-1(c). Thus, although Rule 11-5 refers to counsel's withdrawal from a case, the same provisions apply for substitutions of counsel. Accordingly, to permit Ms. Glazer to substitute in as counsel, Plaintiff must file a noticed motion pursuant to Civil Local Rules 7 and 11. The current motion is therefore **DENIED WITHOUT PREJUDICE**.

        **IT IS SO ORDERED.**

Dated: March 4, 2025

                                                                                                               THOMAS S. HIXSON<br>
                                                                                                United States Magistrate Judge